| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* 0314:3:CR-11-346-01 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kimberly Jo Williams<br><br>123 Gabriel Road, Apt. B<br><br>Cochecton, NY 12726 | Middle/Pennsylvania | Williamsport |
| | NAME OF SENTENCING JUDGE<br>A. Richard Caputo, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/24/2012 | TO 04/23/2015 |

| OFFENSE |
|---|
| Bank Fraud, 18 U.S.C. § 1344 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____MIDDLE____ DISTRICT ____PENNSYLVANIA____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Southern District of New York____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_January 29, 2014_  
Date

_[signature]_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Southern____ DISTRICT OF ____New York____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 2/20/14

_2/19/14_  
Effective Date

_Cathy Seibel_  
United States District Judge